Submitted October 27—decided November 2, 1966

HAROLD C. DAHL *v.* MANUFACTURERS REALTY
CORPORATION ET AL.

The motion by the plaintiff to dismiss the appeal of the named defendant from the Superior Court in New London County is denied.

*Milton L. Jacobson,* for the appellee (plaintiff), with whom was *Geurson D. Silverberg,* for the appellee (defendant Norwich Industrial Foundation, Inc.).

*Elliott B. Pollack,* for the appellant (named defendant).

Argued November 1—decided November 2, 1966

PETER CELELLA *v.* THE ELMWOOD TOOL AND MACHINE
COMPANY, INC., ET AL.

The motion by the defendant the New York, New Haven and Hartford Railroad Company et al. to dismiss the appeal from the Superior Court in New Haven County is denied without prejudice.

*Joseph P. Cooney,* for the appellee (defendant the New York, New Haven and Hartford Railroad Company et al.).